

**LEE ENTERPRISES**

P.O. Box 1907
Suwanee, GA 30024



65 1 22031 ********************AUTO**5-DIGIT 61265
Sarah Fetes

June 3, 2025

Re: Notice of Data Security Incident

Dear Sarah Fetes:

Lee Enterprises ("Lee") is writing to notify you of a data security incident which may have affected your personal information. We take the privacy and security of all information within our possession very seriously. Please read this letter carefully as it contains information regarding the incident and information about steps that you can take to help protect your information.

**What Happened?** On May 28, 2025, we learned that personal information of certain employees was potentially accessed without authorization. The unauthorized access was the result of a suspicious event we first learned of on or about February 3, 2025. We promptly initiated an investigation of the matter and engaged cybersecurity specialists to assist with the incident response. As a result, we determined that certain files may have been accessed or acquired without authorization on February 1, 2025. With the help of a third-party vendor, we undertook a comprehensive review and, on or about May 28, 2025, learned that some of your personal information was contained within the affected data set. Please note, we have no evidence of the misuse, or attempted misuse, of any potentially impacted information.

**What Information was Involved?** The information may have included your name as well as your Social Security number.

**What Are We Doing?** As soon as we discovered this incident, we took the steps described above and implemented measures to enhance security and minimize the risk of a similar incident occurring in the future. We also notified the Federal Bureau of Investigation and will cooperate with any resulting investigation and provide whatever cooperation may be necessary to hold the perpetrators accountable. In addition, we are offering identity theft protection services through IDX, the data breach and recovery services expert. IDX identity protection services include: 12 of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed ID theft recovery services. With this protection, IDX will help you resolve issues if your identity is compromised. The deadline to enroll in these services is September 3, 2025.

**What You Can Do.** You can follow the recommendations on the following page to help protect your personal information. You can also enroll in the complementary services offered to you through IDX by using the enrollment code provided above.