## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Iowa

Case Number: 3:25-CV-00067-SMR-SBJ

Plaintiff:
SARAH FETES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

vs.

Defendant:
LEE ENTERPRISES INCORPORATED

For:
Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1ST Avenue, Suite 400
Miami, FL 33132

Received by Global Process Services Corp on the 27th day of June, 2025 at 10:11 am to be served on LEE ENTERPRISES INCORPORATED c/o CORPORATION SERVICE COMPANY AS REGISTERED AGENT, 505 5TH AVE., SUITE 729, DES MOINES, IA 50309.

I, Alese Burris, do hereby affirm that on the 2nd day of July, 2025 at 9:58 am, I:

served a CORPORATION by delivering a true copy of the Summons in a Civil Action and Class Action Complaint and Demand for Jury Trial with the date and hour of service endorsed thereon by me, to: MORGAN DAY as RECEPTIONIST for LEE ENTERPRISES INCORPORATED c/o CORPORATION SERVICE COMPANY AS REGISTERED AGENT, at the address of: 505 5TH AVE., SUITE 729, DES MOINES, IA 50309, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 25, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Dark blonde, Glasses: Y

I Certify that I am over the age of eighteen, and that I have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which service was made. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true. Notary not required pursuant to Fla. Stat. § 92.525(2)

Alese Burris
Process Server

Global Process Services Corp
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: GER-2025003638
Ref: S&G

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| | | |
|---|---|---|
| **SARAH FETES,** individually and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 3:25-cv-00067-SMR-SBJ |
| **LEE ENTERPRISES INCORPORATED** | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**LEE ENTERPRISES INCORPORATED**
4600 E 53rd St, Davenport,
Iowa 52807

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SHINDLER ANDERSON GOPLERUD & WEESE P.C.
J. Barton Goplerud
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 06/16/2025



SUMMONS ISSUED

Chandlor G. Collins, Clerk

By: _____
CLERK