## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| SARAH FETES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEE ENTERPRISES INCORPORATED,<br><br>Defendant. | Civil Action No. 3:25-cv-00067-SMR-SBJ<br><br>**NOTICE OF APPEARANCE** |

Joshua J. McIntyre of Lane & Waterman LLP hereby enters his Appearance on behalf of Defendant Lee Enterprises, Incorporated.

Dated: July 9, 2025          LANE & WATERMAN LLP

By: */s/ Joshua J. McIntyre*
Joshua J. McIntyre, AT0011426
220 North Main Street, Suite 600
Davenport, IA 52801
Telephone: 563-324-3246
Facsimile: 563-324-1616
Email: JMcIntyre@l-wlaw.com

***ATTORNEY FOR DEFENDANT LEE ENTERPRISES, INCORPORATED***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 9, 2025, the foregoing was filed electronically with the Clerk of Court using the CM/EMC System and was thereby served on all counsel of record.

                                              */s/ Joshua J. McIntyre*