IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| SARAH FETES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEE ENTERPRISES INCORPORATED,<br><br>Defendant. | Civil Action No. 3:25-cv-00067-SMR-SBJ |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7(j) Defendant Lee Enterprises, Incorporated ("Lee Enterprises") respectfully moves for a thirty-day extension of its time to move, answer, or otherwise respond to Plaintiffs' Complaint, to and including August 22, 2025. In support of this Motion and in accordance with Local Rule 7(j), Lee Enterprises states:

1. On June 12, 2025, Plaintiff filed the Complaint in the instant action in this Court.
2. On July 2, 2025, Plaintiff served Lee Enterprises with the Complaint.
3. The deadline for Lee Enterprises to respond to the Complaint is July 23, 2025.
4. Lee Enterprises moves for a thirty-day extension of time to respond to the Complaint.
5. This extension would result in Lee Enterprises' response to the Complaint being due on August 22, 2025.
6. On July 8, 2025, Plaintiffs filed an unopposed motion for consolidation of this case and three related actions and for appointment of interim class counsel (D.E. 4). As part of that motion, Plaintiffs request that all pending deadlines in the related actions be stricken and the related actions, including any defendant responsive pleading deadlines, be stayed. The requested extension is sought in part to permit time for this motion to be decided.

1

7. The deadline to respond in this matter has not been extended previously.

8. There are no other existing court-imposed deadlines.

9. Neither a final pretrial conference nor trial has been scheduled in this matter.

Counsel for Lee Enterprises has conferred with counsel for Plaintiff and Plaintiff's counsel does not oppose the Motion.

Respectfully submitted,

*/s/ Joshua J. McIntyre*
**Joshua J. McIntyre, AT0011426**
LANE & WATERMAN LLP
220 North Main Street, Suite 600
Davenport, Iowa 52801
Tel: 563.333.6683
Fax: 563.324.1616
Email: jmcintyre@L-WLaw.com
www.L-WLaw.com

Counsel for Defendant Lee Enterprises, Incorporated

Dated: July 9, 2025

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 9, 2025, the foregoing was filed electronically with the Clerk of Court using the CM/EMC System and was thereby served on all counsel of record.

                                                  */s/ Joshua J. McIntyre*