# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| SARAH FETES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEE ENTERPRISES INCORPORATED,<br><br>Defendant. | Civil Action No. 3:25-cv-00067-SMT-SBJ<br><br>**CORPORATE DISCLOSURE OF DEFENDANT LEE ENTERPRISES, INCORPORATED** |
| ANTHONY BANGERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEE ENTERPRISES INCORPORATED,<br><br>Defendant. | Civil Action No. 3:25-CV-00070-SMR-SBJ |
| DECLAN LAWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEE ENTERPRISES INCORPORATED,<br><br>Defendant. | Civil Action No. 3:25-cv-00071-RGE-HCA |

| NICOLE CHURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEE ENTERPRISES INCORPORATED,<br><br>Defendant. | Civil Action No.: 3:25-cv-00075-SMR-SBJ |
|---|---|

As required by LR 7.1, Defendant Lee Enterprises, Incorporated, provides the following information to the Court:

Defendant Lee Enterprises, Incorporated, is a Delaware corporation with its principal place of business in Davenport, Iowa.

The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in the case.

| 1 | Accudata, Inc. (Iowa) | 8 | Flagstaff Publishing Co. (Washington) |
|---|---|---|---|
| 2 | ACCU-INN A LLC (Iowa) | 9 | Hanford Liquidation, Inc. (Washington) |
| 3 | ACCU-INN B LLC (Iowa) | 10 | INN Partners, L.C. (Iowa) |
| 4 | ACCU-INN C LLC (Iowa) | 11 | Journal Star Printing Co. (Nebraska) |
| 5 | ACCU-INN D LLC (Iowa) | 12 | Lee BHM LLC (Delaware) |
| 6 | Amplified Digital, LLC (Delaware) | 13 | Lee Consolidated Holdings Co. (South Dakota) |
| 7 | Fairgrove, LLC (Delaware) | 14 | Lee Foundation (Iowa) |

| | | | |
|---|---|---|---|
| 15 | Lee Procurement Solutions Co. (Iowa) | 27 | Richmond Christmas Mother Committee (Virginia) |
| 16 | Lee Publications, Inc. (Delaware) | 28 | Sioux City Newspapers, Inc. (Iowa) |
| 17 | Literacy Leadership, Inc. (Iowa) | 29 | SMT Liquidation, Inc. (Nevada) |
| 18 | Madison Newspapers, Inc. d/b/a Capital Newspapers (Wisconsin) | 30 | Southwestern Oregon Publishing Co. (Oregon) |
| 19 | Neighbors in Need (Washington) | 31 | St. Louis Post-Dispatch LLC (Delaware) |
| 20 | NVR Liquidation Co. (Washington) | 32 | STAR Publishing Company (Arizona) |
| 21 | Pantagraph Publishing Co. (Delaware) | 33 | Suburban Journals of Greater St. Louis LLC (Delaware) |
| 22 | Pulitzer Inc. (Delaware) | 34 | The Buffalo News, Inc. (Delaware) |
| 23 | Pulitzer Missouri Newspapers, Inc. (Delaware) | 35 | TNI Partners (Arizona) |
| 24 | Pulitzer Network Systems LLC (Delaware) | 36 | World-Herald Goodfellows Charities, Inc. (Nebraska) |
| 25 | Pulitzer Newspapers, Inc. (Delaware) | 37 | Ynez Corporation (California) |
| 26 | Pulitzer Technologies, Inc. (Delaware) | | |

Dated:  August 1, 2025    LANE & WATERMAN LLP

  */s/ Joshua J. McIntyre*
**Joshua J. McIntyre, AT0011426**
LANE & WATERMAN LLP
 220 North Main Street, Suite 600
Davenport, Iowa 52801
Tel:  563.333.6683
Fax: 563.324.1616
Email: jmcintyre@L-WLaw.com
www.L-WLaw.com

Counsel for Defendant Lee Enterprises, Incorporated

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel listed of record.

By */s/ Joshua J. McIntyre*