AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | | |
|---|---|---|
| SARAH FETES, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:25-cv-00067 |
| LEE ENTERPRISES, INC. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Douglas Arp .

Date:   08/12/2025

/s/ Brittany Resch
*Attorney's signature*

Brittany Resch (397656, MN)
*Printed name and bar number*

STRAUSS BORRELLI PLLC
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
*Address*

bresch@straussborrelli.com
*E-mail address*

(872) 263-1100
*Telephone number*

(872) 263-1109
*FAX number*