AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| Sarah Fetes, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:25-cv-00067 |
| Lee Enterprises Inc., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthony Bangert                                                                                                    .

Date:     08/14/2025                                                /s/ Jeff Ostrow
                                                                                *Attorney's signature*

                                                                                Jeff Ostrow (PHV)
                                                                                *Printed name and bar number*

                                                                                Kopelowitz Ostrow P.A.
                                                                                1 W. Las Olas Blvd., Suite 500
                                                                                Fort Lauderdale, FL 33301
                                                                                *Address*

                                                                                ostrow@kolawyers.com
                                                                                *E-mail address*

                                                                                (954) 525-4100
                                                                                *Telephone number*

                                                                                (954) 525-4300
                                                                                *FAX number*