**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| SARAH FETES, ANTHONY BANGERT, DECLAN LAWSON, NICOLE CHURCH, BRIAN NAPIER, and DOUGLAS ARP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEE ENTERPRISES INCORPORATED,<br><br>Defendant. | Civil Action No. 3:25-cv-00067-SMR-SBJ (LEAD)<br><br>Civil Action No. 3:25-cv-00070-SMR-SBJ<br><br>Civil Action NO. 3:25-cv-00071-SMR-SBJ<br><br>Civil Action No. 3:25-cv-00075-SMR-SBJ |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND**

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7(j) Defendant Lee Enterprises, Incorporated ("Defendant") respectfully moves for a sixty-day extension of its time to move, answer, or otherwise respond to Plaintiffs' Consolidated Class Action Complaint, to and including October 31, 2025. In support of this Motion and in accordance with Local Rule 7(j), Defendant states:

1. On July 11, 2025, this Court granted in part Plaintiffs unopposed motion for consolidation and appointment of interim class counsel. (ECF 12, Text Order dated July 11, 2025). The Court granted consolidation of four related proposed class actions arising from the same alleged data breach involving Defendant: *Fetes v. Lee Enterprises Incorporated*, Case No. 3:25-cv-00067-SMR-SBJ; *Bangert v. Lee Enterprises, Inc.*, Case No. 3:25-cv-00070-SMR-SBJ; *Lawson v. Lee Enterprises Incorporated*, Case No. 3:25-cv-00071-SMR-SBJ; and *Church v. Lee Enterprises Incorporated,* Case No. 3:25-cv-00075-SMR-SBJ. *Fetes v. Lee Enterprises, Incorporated*, Case No. 3:25-cv-00067-SMR-SBJ (LEAD) was identified as the lead case and the Court ordered that the other cases were to be administratively closed. The

Court further ordered that "Plaintiffs have until August 12, 2025 to file a consolidated complaint in the lead case [and i]f a party seeks to have other cases consolidated with this action a separate motion must be filed." Plaintiffs' motion to appoint interim lead class counsel was denied without prejudice "to the filing of a separate motion which may be made after the filing of the consolidated complaint."

2. On August 11, 2025, Plaintiffs filed a Consolidated Class Action Complaint.

3. The deadline for Defendant to respond to the Consolidated Class Action Complaint is September 1, 2025.

4. Defendant moves for a sixty-day extension of time to respond to the Consolidated Class Action Complaint.

5. This extension would result in Defendant's response to the Complaint being due on October 31, 2025.

6. Defendant requires additional time to complete its investigation of the allegations in Plaintiffs' Consolidated Class Action Complaint and to prepare a response thereto.

7. Moreover, the parties are engaged in substantive discussions regarding the potential early resolution of Plaintiffs' claims against Defendant. The requested extension would permit the parties to focus on their efforts to resolve Plaintiffs' claims without expending additional expenses and judicial resources.

8. Prior to the consolidation order (ECF 12), Defendant made a prior request for an extension of time to respond to the Fetes Complaint, which was granted by Order dated July 9, 2025 (ECF 11).

9. There have been no prior requests for an extension of time to respond to the Consolidated Class Action Complaint.

10. There are no other existing court-imposed deadlines.

11. Neither a final pretrial conference nor trial has been scheduled in this matter.

Counsel for Defendant has conferred with counsel for Plaintiffs and Plaintiffs' counsel does not oppose the Motion.

Respectfully submitted,

*/s/ Joshua J. McIntyre*
**Joshua J. McIntyre, AT0011426**
LANE & WATERMAN LLP
220 North Main Street, Suite 600
Davenport, Iowa 52801
Tel: 563.333.6683
Fax: 563.324.1616
Email: jmcintyre@L-WLaw.com
www.L-WLaw.com

Angelo A. Stio III (*Pro Hac Vice Pending*)
Melissa A. Chuderewicz (*Pro Hac Vice Pending*)
**TROUTMAN PEPPER LOCKE LLP**
104 Carnegie Center, Suite 203
Princeton, NJ 08540
609.452.0808
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

Counsel for Defendant Lee Enterprises Incorporated

Dated: August 25, 2025

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 25, 2025, the foregoing was filed electronically with the Clerk of Court using the CM/EMC System and was thereby served on all counsel of record.

*/s/ Joshua J. McIntyre*