UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| SARAH FETES, ANTHONY BANGER, DECLAN LAWSON, NICOLE CHURCH BRIAR NAPIER, DOUGLAS ARP, Plaintiff(s), <br><br> v. <br><br> LEE ENTERPRISES INCORPORATED, Defendant(s). | Case No. 3:25-00067-SMR-SBJ <br><br> **MOTION FOR ADMISSION** <br> ***PRO HAC VICE*** |

**A. Applicant's Information and Certification**

Pursuant to Southern District of Iowa Local Rule 83(d)(3) and (4), I, Angelo A. Stio, III, respectfully moves to appear *pro hac vice* for the purpose of appearing as counsel on behalf of, Defendant, Lee Enterprises, Incorporated, in the above case. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing in the following United States District Court and/or a state's highest court: New Jersey, Bar Id: 014791997.

2. I have never been disbarred, suspended, or received any discipline in any state or federal courts, and no complaints or disciplinary matters are pending against me.

3. I agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice law in the state courts of Iowa and comply with the Local Rules.

4. I agree to comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Joshua J. McIntyre, an attorney admitted to practice law in this district and who has entered an appearance in this case.

5. I agree to pay the applicable required fee electronically.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for appearing in this case.

Respectfully submitted,

Date: 08/25/2025                Angelo A. Stio, III

                                Angelo A. Stio, III

                                Troutman Pepper Locke LLP

                                104 Carnegie Center, Suite 203

                                Princeton, NJ  08540


                                angelo.stio@troutman.com



    Joshua J. McIntyre

 Angelo A. Stio, III
        New Jersey
      Defendant, Lee Enterprises, Incorporated


    08/25/2025                  Joshua J. McIntyre

                                Joshua J. McIntyre