# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| SARAH FETES, ANTHONY BANGERT, DECLAN LAWSON, NICOLE CHURCH, BRIAN NAPIER, AND DOUGLAS ARP, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>-v-<br><br>LEE ENTERPRISES INCORPORATED,<br><br>                           Defendant. | *Lead Action*<br>Civil Action No. 3:25-cv-00067-SMR-SBJ<br><br>*Consolidated Matters:*<br><br>• 3:25-cv-00070 (Bangert)<br>• 3:25-cv-00071 (Lawson)<br>• 3;25-cv-00074 (Church) |

## NOTICE OF SETTLEMENT

1.    Plaintiffs Anthony Bangert, Sarah Fetes, Declan Lawson, Nicole Church, Douglas Arp and Brian Napier and Defendant Lee Enterprises Incorporated (the "Parties"), hereby file this Notice informing the Court that the above-captioned consolidated matter has been resolved.

2.    The Parties will memorialize the agreement in a definitive written class action settlement agreement, which Plaintiffs will file as part of their Motion for Preliminary Approval of the Proposed Class Action Settlement. Plaintiffs intend to move for preliminary approval of the class action settlement within thirty (30) days.

3.     The Parties respectfully request that this Court stay this action for thirty (30) days to provide time to prepare the settlement agreement and Plaintiffs' forthcoming Motion for Preliminary Approval of the Proposed Class Action Settlement.

WHEREFORE, the Parties respectfully request the Court stay this action and permit the Parties thirty (30) days from the date of this notice to submit either the Plaintiffs' Motion for Preliminary Approval of the Proposed Class Action settlement, or a Joint Status Report.

Dated: October 30, 2025

| | |
|---|---|
| */s/ Leanna Loginov* | */s/ Joshua J. McIntyre* |
| Leanna A. Loginov | Joshua J. McIntyre, AT0011426 |
| **SHAMIS & GENTILE, P.A.** | **LANE & WATERMAN LLP** |
| 14 NE 1st Avenue, Suite 705 | 220 North Main Street, Suite 600 |
| Miami, FL 33132 | Davenport, IA 52801 |
| T: 305-479-2299 | T: 563.333.6683 |
| lloginov@shamisgentile.com | jmcintyre@l-wlaw.com |

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
**SHINDLER ANDERSON GOPLERUD &WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
T: (515) 223-4567
goplerud@sagwlaw.com
marty@sagwlaw.com

*Attorneys for Plaintiff Sara Fetes and the Putative Class*

/s/ Angelo A. Stio, III
Angelo A. Stio III (*pro hac vice*)
Melissa A. Chuderewicz (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
104 Carnegie Center, Suite 203
Princeton, NJ 08540
T: 609.452.0808
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Lee Enterprises Incorporated*

Jeff Ostrow (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
T: 954.332.4200
ostrow@kolawyers.com

*Attorneys for Plaintiff Anthony Bangert and the Putative Class*

Lori A. Bullock (AT0012240)
**BULLOCK LAW PLLC**
309 E 5th Street, Suite 202B
Des Moines, IA 50309
T: (515) 423-0551
lbullock@bullocklawpllc.com

*Attorneys for Plaintiff Douglas Arp*

Gary Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiff Declan Lawson*

Joshua L. Christensen
**RSH LEGAL**
425 Second St Se Ste 1140
Cedar Rapids, IA 52401
T: 319-365-9200
Jchristensen@fightingforfairness.com


Leigh S. Montgomery (*pro hac vice*)
Texas Bar No. 24052214
**EKSM, LLP**
4200 Montrose Blvd. Ste 200
Houston, Texas 77006
T: (888) 350-3931
Service only: service@eksm.com
Lmontgomery@eksm.com

*Attorneys for Plaintiff Nicole Church*

John Heenan (*pro hac vice*)
**HEENAN & COOK, PLLC**
1631 Zimmerman Trail, Suite 1
Billings, MT  59102
T:  406-839-9091
John@lawmontana.com

*Attorneys for Plaintiff Brian Napier*