# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| SARAH FETES, ANTHONY BANGERT, DECLAN LAWSON, NICOLE CHURCH, BRIAN NAPIER, AND DOUGLAS ARP, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>-v-<br><br>LEE ENTERPRISES INCORPORATED,<br><br>                              Defendant. | *Lead Action*<br>Civil Action No. 3:25-cv-00067-SMR-SBJ<br><br>*Consolidated Matters:*<br><br>• 3:25-cv-00070 (Bangert)<br>• 3:25-cv-00071 (Lawson)<br>• 3:25-cv-00074 (Church) |

## SECOND JOINT STATUS REPORT REGARDING PLAINTIFFS' FORTHCOMING MOTION FOR PRELIMINARY APPROVAL

1. Plaintiffs Anthony Bangert, Sarah Fetes, Declan Lawson, Nicole Church, Douglas Arp and Brian Napier and Defendant Lee Enterprises Incorporated (the "Parties"), hereby inform the Court that the Parties have finalized the Settlement Agreement and Plaintiffs' forthcoming Motion for Preliminary Approval of Class Action Settlement.

2. The Parties are currently awaiting the final signatures on the Settlement Agreement and respectfully request an additional seven (7) days to finalize execution of the settlement agreement.

WHEREFORE, the Parties respectfully request the Court maintain the stay in this action and permit Plaintiffs and additional seven (7) days to file their Motion for Preliminary Approval of the Proposed Class Action settlement.

Dated: December 9, 2025

/s/ J. Barton Gopelrud
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
**SHINDLER ANDERSON GOPLERUD &WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
T: (515) 223-4567
goplerud@sagwlaw.com
marty@sagwlaw.com

/s/ Leanna A. Loginov
Leanna A. Loginov
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
T: 305-479-2299
lloginov@shamisgentile.com

*Attorneys for Plaintiff Sara Fetes and the Putative Class*

/s/ Joshua J. McIntyre
Joshua J. McIntyre, AT0011426
**LANE & WATERMAN LLP**
220 North Main Street, Suite 600
Davenport, IA 52801
T: 563.333.6683
jmcintyre@l-wlaw.com

/s/ Angelo A. Stio, III
Angelo A. Stio III (*pro hac vice*)
Melissa A. Chuderewicz (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
104 Carnegie Center, Suite 203
Princeton, NJ 08540
T: 609.452.0808
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Lee Enterprises Incorporated*

*/s/ Jeff Ostrow*
Jeff Ostrow (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
T: 954.332.4200
ostrow@kolawyers.com

*Attorneys for Plaintiff Anthony Bangert and the Putative Class*

*/s/ Lori A. Bullock*
Lori A. Bullock (AT0012240)
**BULLOCK LAW PLLC**
309 E 5th Street, Suite 202B
Des Moines, IA 50309
T: (515) 423-0551
lbullock@bullocklawpllc.com

*Attorneys for Plaintiff Douglas Arp*

*/s/ Gary Klinger*
Gary Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
T: (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiff Declan Lawson*

*/s/ Joshua L. Christensen*
Joshua L. Christensen
**RSH LEGAL**
425 Second St Se Ste 1140
Cedar Rapids, IA 52401
T: 319-365-9200
Jchristensen@fightingforfairness.com


*/s/ Leigh S. Montgomery*
Leigh S. Montgomery (*pro hac vice*)
Texas Bar No. 24052214
**EKSM, LLP**
4200 Montrose Blvd. Ste 200
Houston, Texas 77006
T: (888) 350-3931
Service only: service@eksm.com
Lmontgomery@eksm.com

*Attorneys for Plaintiff Nicole Church*

*/s/ John Heenan*
John Heenan (*pro hac vice*)
**HEENAN & COOK, PLLC**
1631 Zimmerman Trail, Suite 1
Billings, MT  59102
T:  406-839-9091
John@lawmontana.com

*Attorneys for Plaintiff Brian Napier*