UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| SARAH FETES, ANTHONY BANGERT, DECLAN LAWSON, NICOLE CHURCH BRIAR NAPIER, and DOUGLAS ARP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEE ENTERPRISES INCORPORATED,<br><br>Defendant. | Case No. 3:25-cv-00067-SMR-SBJ |

## PLAINTIFFS' CONSENT MOTION TO ENLARGE PAGE LIMIT

Plaintiffs in above-captioned action, pursuant to Local Rule 7.1(h), respectfully move this Court for an order enlarging the page limit for their Memorandum in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement. Plaintiffs have conferred with counsel for Defendant, Lee Enterprises Incorporated, and Defendant does not oppose this motion.

The good cause for this requested enlargement is as follows:

1. Following the parties' agreement to a settlement in this action, Plaintiffs are prepared to file their Unopposed Motion for Preliminary Approval of Class Action Settlement and incorporated memorandum of law ("Motion for Preliminary Approval") on December 16, 2025.

2. The brief supporting the Motion for Preliminary Approval will detail Plaintiffs' and the Settlement Class' claims and legal theories, the procedural history of the action, the terms of the settlement, proposed class counsels' efforts in litigating the claims and reaching the settlement, details of the notice program and claims submission process, and the law that supports preliminary approval of the settlement and provisional certification of the settlement class.

3. Plaintiffs have diligently endeavored to keep the Motion for Preliminary Approval

within the 20-page limit set forth in Local Rule 7.1(h). However, due to the detailed factual and procedural background, the notice and claims details, the multiple types of relief provided under the settlement, and the legal arguments supporting Plaintiffs' positions, in the interest of judicial economy Plaintiffs respectfully request permission to exceed that limit by 10 pages. This will allow Plaintiffs to thoroughly advise the Court of all aspects of the settlement, including the settlement benefits, notice program, and claims submission process, as well as the facts and factors supporting provisional certification of the settlement class for settlement purposes. Plaintiffs respectfully submit the Court will benefit from the additional briefing.

4. Accordingly, Plaintiffs respectfully request the Court grant this motion permitting Plaintiffs to file their 30-page brief in support of their Motion for Preliminary Approval, as Plaintiffs have demonstrated diligence and good cause for this requested relief, and Defendant does not oppose.

## STATEMENT OF DEFENDANT'S POSITION

Pursuant to Local Rule 7.1(k), the undersigned certifies he has conferred with counsel for Defendant regarding the relief sought in this motion, and was advised that Defendant consents to this motion.

Dated: December 17, 2025                Respectfully submitted,

By:   */s/ Gary M. Klinger*
Gary Klinger (*pro hac vice*)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

Jeff Ostrow (*Pro Hac Vice*)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301

        Tel : 954.332.4200
        ostrow@kolawyers.com

        Leanna A. Loginov (*Pro Hac Vice*)
        **SHAMIS & GENTILE, P.A.**
        14 NE 1st Avenue, Suite 705
        Miami, FL 33132
        Telephone: 305-479-2299
        lloginov@shamisgentile.com

        *Proposed Class Counsel for Plaintiffs and the Putative Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 17, 2025, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

        */s/ Gary M. Klinger*
        Gary M. Klinger