UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| SARAH FETES, ANTHONY BANGERT, DECLAN LAWSON, NICOLE CHURCH BRIAR NAPIER, and DOUGLAS ARP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEE ENTERPRISES INCORPORATED,<br><br>Defendant. | Case No. 3:25-cv-00067-SMR-SBJ |

**PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs,[1] individually, and on behalf of others similarly situated, pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), & (e), respectfully move for an order (1) conditionally certifying the proposed Settlement Class for the purpose of Settlement; (2) preliminarily approving the Settlement; (3) appointing Gary M. Klinger of Milberg, PLLC, Jeff Ostrow of Kopelowitz Ostrow P.A., and Leanna A. Loginov of Shamis & Gentile, P.A. as Class Counsel for Settlement purposes; (4) conditionally appointing Plaintiffs as Class Representatives; (5) approving the forms and substance of the Notices, Notice Plan, Claim Form, and Claim process; (6) approving the procedures for Settlement Class Members to opt-out of or object to the Settlement; (7) appointing Simpluris as the Settlement Administrator and ordering it to implement the Notice Plan; (8) staying the Action pending Final Approval of the Settlement; and (9) scheduling a Final Approval Hearing

---

[1] All capitalized terms herein shall have the same meanings as those defined in Section 1 of the Settlement Agreement, attached as ***Exhibit 1*** hereto ("Settlement Agreement" or "SA").

for a time and date mutually convenient for the Court, the Parties, Class Counsel, and Defendant's counsel.

This Motion is supported by the accompanying Memorandum of Law; the Settlement Agreement, attached as ***Exhibit 1*** hereto; the Joint Declaration of Class Counsel, Gary M. Klinger, Jeff Ostrow, and Leanna A. Loginov, with exhibits, attached as ***Exhibit 2*** hereto; the record references set forth in the Memorandum of Law; all the records, files, and proceedings in this Action; and the arguments of counsel for the Parties to be made at the Preliminary Approval Hearing.

Dated: December 17, 2025  Respectfully submitted,

By:  */s/ Gary M. Klinger*
Gary Klinger (*pro hac vice*)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

Jeff Ostrow (*Pro Hac Vice*)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Tel : 954.332.4200
ostrow@kolawyers.com

Leanna A. Loginov (*Pro Hac Vice*)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299
lloginov@shamisgentile.com

***Proposed Class Counsel for Plaintiffs and the Putative Settlement Class***

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 17, 2025, the foregoing was filed electronically with the Clerk of Court using the CM/EMC System and was thereby served on all counsel of record.

                                        */s/ Gary M. Klinger*
                                        Gary M. Klinger