**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **SARAH FETES, ANTHONY BANGERT, DECLAN LAWSON, NICOLE CHURCH BRIAR NAPIER, and DOUGLAS ARP,** on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>**LEE ENTERPRISES INCORPORATED,**<br><br>        Defendant. | Case No. 3:25-cv-00067-SMR-SBJ |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL, ATTORNEYS' FEES AND EXPENSES AWARD, AND SERVICE AWARD**

Plaintiffs, individually, and on behalf of others similarly situated, pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), & (e), respectfully move for an order (1) affirming certification of the Settlement Class for settlement purposes; (2) finally approving the Settlement; (3) confirming the appointments of Jeff Ostrow, Gary M. Klinger, and Leanna A. Loginov as Class Counsel; (4) confirming Plaintiffs' appointment as Class Representatives; (5) confirming the appointments of Jeff Ostrow, Gary M. Klinger, and Leanna A. Loginov as Class Counsel; (6) finding the Notice Program satisfied due process requirements; (7) confirming the appointment of Simpluris, Inc. as Settlement Administrator; (8) staying the Action pending Final Approval of the Settlement; (9) awarding Class Counsel $200,000.00 for attorneys' fees and $2,808.11 for reimbursement of costs; (10) awarding each Class Representative a $1,000.00 Service Award; and (11) entering final judgment dismissing the Action with prejudice and reserving jurisdiction over Settlement implementation.

This Motion is supported by the accompanying Memorandum of Law; the Settlement Agreement; the Joint Declaration of Class Counsel, Gary M. Klinger, Jeff Ostrow, and Leanna A. Loginov; the record references set forth in the Memorandum of Law; all the records, files, and proceedings in this Action; and the arguments of counsel for the Parties to be made at the Final Approval Hearing.

Dated: April 9, 2026

Respectfully submitted,

By: */s/ J. Barton Goplerud*
J. Barton Goplerud, AT002983
Brian O. Marty, AT0011622
SHINDLER ANDERSON GOPLERUD &
WEESE PC
5015 Grand Ridge Drive
West Des Moines, IA 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com
       marty@sagwlaw.com

Jeff Ostrow (*Pro Hac Vice*)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Tel : 954.332.4200
ostrow@kolawyers.com

Leanna A. Loginov (*Pro Hac Vice*)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299
lloginov@shamisgentile.com

Gary Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

*Class Counsel for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the EDMS system which will send notification of such filing to all counsel of record.

/s/ *J. Barton Goplerud*