IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

SARAH FETES, ANTHONY BANGERT,
DECLAN LAWSON, NICOLE CHURCH,
DOUGLAS ARP, and BRIAR NAPIER,

        Plaintiffs,

    v.

LEE ENTERPRISES INCORPORATED,

        Defendant.

Case No. 3:25-cv-00067-SMR-SBJ

**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC. IN
SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT**

I, Katy Liebhold, declare and state as follows:

1.    Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2.    I am a Project Manager at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and Settlement Administrator located in Costa Mesa, California.

3.    Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (US District Court, Central District of California) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State of

California) (1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

4.     Simpluris was approved by Counsel for both Parties and appointed by the Court in the Order Granting Preliminary Approval of Class Action Settlement entered on January 23, 2026, to provide settlement administration services in this settlement. In this capacity, Simpluris was charged with the following:

a.     Establishing and maintaining a Settlement-specific website at www.ANBTDataSettlement.com;

b.     Establishing and maintaining a Settlement-specific toll-free phone number (1-833-647-8971);

c.     Formatting for printing and mailing a Postcard Notice to Settlement Class Members;

d.     Receiving and processing Settlement Class Members' requests for exclusion from the proposed settlement and objections to the proposed settlement;

e.     Receiving, processing and validating Settlement Class Members' Claim Forms;

f.     Processing and issuing payments via check, PayPal, Venmo and Zelle to Settlement Class Members, and sending payments to the Settlement Class Representatives and Settlement Class Counsel;

g.     Providing counsel for the Parties with weekly status reports; and

h.     Other tasks as the Parties mutually agree or the Court orders Simpluris to perform.

**CAFA NOTIFICATION**

5.      On February 3, 2026, pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, Simpluris completed a mailing that informed the appropriate state and federal Attorneys General about the Settlement on behalf of Defendant. Attached hereto as **Exhibit A** is a true and correct copy of the CAFA notice letter sent to the Attorneys General and the list of recipients.

**DIRECT NOTICE PROGRAM**

6.      Pursuant to the Parties' Agreement and the Preliminary Approval Order, Simpluris formatted the Postcard Notice to be sent by mail. The Long Form Notice was also made available on the Settlement Website.

7.      The Notices advised Settlement Class Members of their rights to submit a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action. The Notices advised Settlement Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Settlement Class Members could obtain additional information.

8.      On or about February 6, 2026, Counsel for Defendant provided Simpluris with two data files containing 39,779 Settlement Class Members names and mailing addresses.

9.      Upon receipt of the Class List, Simpluris reviewed the data to ensure it was in proper format for distributing the Notice via U.S. Mail. In an effort to ensure that the Notice would be delivered to class members, Simpluris compared the address data against the United States Postal Service ("USPS") National Change of Address ("NCOA") database and updated the data to a Settlement-specific database with the changes received from NCOA. 22 exact duplicates were removed, and the final class list was confirmed to contain 39,757 Settlement Class Members.

10.      On February 23, 2026, Simpluris mailed the Postcard Notice to the 39,757 Settlement Class Members for whom a valid mailing address was available. Attached hereto as **Exhibit B** is a true and correct copy of the Postcard Notice.

11.      As of April 1, 2026, 6,794 Postcard Notices have been returned by USPS. For the mailings returned without a forwarding address, Simpluris performed an advanced address search (i.e. skip trace) on these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Settlement Class Member's name and previous address to locate a more current address. Of the 6,794 returned Notices, 215 Notices were re-mailed to either a newfound address or with forwarding addresses provided by USPS, and 6,579 Notices were determined to be undeliverable because no updated address was available.

<u>**WEBSITE AND TELEPHONE NUMBER**</u>

12.      Simpluris prepared and maintains a Settlement website at www.LeeEnterprisesSettlement.com that includes important dates and deadlines, and Settlement-related documents, including the Consolidated Class Action Complaint, the Settlement Agreement, the Preliminary Approval Order, and a downloadable version of the Notice of Class Action Settlement and Claim Form. The website has been available to the public since February 23, 2026. As of April 1, 2026, the website has been visited by 2,213 unique visitors with 7,016 page views. Attached hereto as **Exhibit C** and **Exhibit D** are true and correct copies of the Notice of Class Action Settlement and the Claim Form.

13.      A Settlement-specific toll-free telephone number was included in the notice and on the website for the purpose of allowing Settlement Class Members to make inquiries regarding the Settlement. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement administration. The toll-free telephone number included in the notice

and on the website is 1-833-647-9093. This telephone number is active and has been available to the public since February 23, 2026. The Settlement-specific toll-free telephone number has received 27 phone calls between February 23, 2026, and April 1, 2026.

## CLAIM FORM SUBMISSIONS

14.     The deadline to submit a claim form is May 26, 2026. Settlement Class Members are able to submit a claim through the Settlement Website or by mailing a physical claim form to the Settlement Administrator. As of April 1, 2026, Simpluris has received 3,244 Claim Form submissions.

15.     Compensation for Ordinary Losses: Of the claims received, 0 Settlement Class Members claimed reimbursement for ordinary losses.

16.     Compensation for Extraordinary Losses: Of the claims received, 0 Settlement Class Members claimed reimbursement for extraordinary losses.

17.     Compensation for Lost Time: Of the claims received, 55 Settlement Class Members claimed reimbursement for lost time totaling 214 hours.

18.     Credit Monitoring Services: Of the claims received, 683 Settlement Class Members elected to receive credit monitoring services.

19.     Alternative Cash Payment: Of the claims received, 2,703 Settlement Class Members elected to receive a cash payment.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

20.     The postmark deadline for Settlement Class Members to submit a request for exclusion from the proposed Settlement is April 24, 2026.

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.
Page 5 of 6

21.    As of the date of this Declaration, Simpluris has received three (3) requests for exclusion from the proposed Settlement. Attached hereto as **Exhibit E** is a true and correct copy of the exclusion list.

22.    The postmark deadline for Settlement Class Members to submit an objection to the proposed Settlement is April 24, 2026.

23.    As of the date of this Declaration, Simpluris has received zero objections to the proposed Settlement from Settlement Class Members.

### ADMINISTRATION COSTS

24.    Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, will be $81,135.00.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 9th day of April, 2026 in Buena Vista, Colorado.

*Katy Liebhold*

KATY LIEBHOLD

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.
Page 6 of 6

# EXHIBIT A

February 3, 2026

**Re:**   *Fetes et al. v. Lee Enterprises Incorporated*
Case No. 3:25-cv-00067-SMR-SBJ
In the United States District Court, Southern District of Iowa
Notice of Proposed Settlement under the Class Action Fairness Act (CAFA)

To the Mr./Madam Attorney General:

Simpluris is the independent third-party Administrator for the above referenced class action lawsuit that is pending before The Honorable Stephanie M. Rose, Chief Judge, U.S.D.J., in the United States District Court for the Southern District of Iowa (the "Action").  Troutman Pepper Locke LLP represents defendant Lee Enterprises, Incorporated ("Defendant") in the Action.

This letter is to advise you that Plaintiffs Sarah Fetes, Anthony Bangert, Declan Lawson, Nicole Church, Douglas Arp, and Brian Napier ("Plaintiffs") filed a Motion for Preliminary Approval of a Class Action Settlement in connection with the Action on **December 18, 2025**.  The Motion was granted on January 23, 2026 and a final approval hearing has been scheduled for **June 30, 2026**.  This CAFA notice is being provided more than ninety (90) days before the scheduled final approval hearing in the matter.

Defendant denies it violated any laws or has any liability to Plaintiffs but has decided to settle the Action solely to eliminate the burden, expense, risk and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the documents referenced below are included on the unique link: **https://transfer.simpluris.com/link/U4FjJ1GD5BDSLVh29BHu4y**, which expires July 29, 2026.

1.   *28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:* Copies of all of the complaints and related materials filed by Plaintiffs are included on the enclosed CD as **Exhibits 1-11**.  These include:
   a.   *Fetes v. Lee Enterprises, Inc.,* 3:25-cv-00067-SMR-SBJ (S.D. IA filed June 12, 2025), **Exhibit 1**;
   b.   *Bangert v. Lee Enterprises, Inc.*, 3:25-cv-00070-SMR-SBJ (S.D. IA filed June 16, 2025), **Exhibit 2**;
   c.   *Lawson v. Lee Enterprises, Inc.,* 3:25-cv-00071-RGE-HCA (S.D. IA filed June 16, 2025), **Exhibit 3;**
   d.   *Church v. Lee Enterprises, Inc.,* 3:25-cv-00075-SMR-SBJ (S.D. IA filed June 19, 2025), **Exhibit 4;**
   e.   Text Order, D.E. 12, entered July 11, 2025 (consolidating *Bangert, Lawson Church* and *Fetes* actions and ordering all further filings be made in the lead case of *Fetes, et al. v. Lee Enterprises, Inc.*, Case No. 3:25-cv-00067), **Exhibit 5;**
   f.   *Napier et al. v. Lee Enterprises, Inc.*, CVCV303864 (IA Dist. Ct., Scott County, filed June 23, 2025), **Exhibit 6;** Notice of Removal, filed July 15, 2025 and captioned *Napier, et al. v. Lee Enterprises, Inc.,* Case No. 3:25-cv-

00082 (S.D. IA); **Exhibit 7**; Rule 41 Notice of Dismissal, filed July 21, 2025, **Exhibit 8;**

g. *Arp, et al. v. Lee Enterprises, Inc.¸* 3:25-cv-00080-SMR-SBJ (S.D. IA filed July 15, 2025), **Exhibit 9;** Rule 41 Notice of Dismissal, filed July 30, 2025, **Exhibit 10;**

h. Consolidated Class Action Complaint, *Fetes, Bangert, Lawson, Church, Napier and Arp et al. v. Lee Enterprises Incorporated*, Case No. 3:25-cv-00067-SMR-SBJ (S.D. IA filed August 11, 2025), **Exhibit 11.**

2.    *28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:* The Court scheduled a final approval hearing for 10 a.m. on June 30, 2026 at the U.S. District Court, Southern District of Iowa, 111 Locust Street, Room 510-5th Floor Southeast, Des Moines, IA 50309. A copy of Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Settlement and Provisionally Certifying Settlement Class and Order On Motion for Preliminary Approval of Class Settlement and to Provisionally Certify Class are included in the unique link as **Exhibits 12** and **13**.

3.    *28 U.S.C. § 1715(b)(3) – Notification to Class Members:* Copies of the Long Form Notice, Postcard Notice, and the Claim Form are included in the unique link as **Exhibit 14.**

4.    *28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:* A copy of the Settlement Agreement filed December 18, 2025 is included in the unique link as **Exhibit 15.**

5.    *28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:* As of the date of this agreement, no other settlement or agreement has been entered into by the Parties to this Action, either directly or by and through their respective counsel.

6.    *28 U.S.C. § 1715(b)(6) – Final Judgment:* No Final Judgment has been reached as of date of this letter, nor have any Notices of Dismissal been entered at this time.

7.    *28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members*: There are approximately 39,779 Class Members.  It is not feasible to provide the anticipated gross settlement amount allocations for each Class Members at this time until all Class Members have had an opportunity to file a claim or otherwise respond as provided in the notice of settlement and the time to respond had expired. The proposed settlement provides individual recoveries for Class Members according to the process set further in the enclosed settlement agreement and notice.

8.    *28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:* As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time.

9.    The Settlement Class is defined as:

All persons identified as being among those individuals impacted by the Data Security Incident, including all who were sent a notice of the Data Security Incident.

Excluded from the class are:  (1) the judges presiding over this action and members of their immediate families and staff; (2) Defendant and its subsidiaries, parent companies, successors, predecessors, and any entity in which Defendant has a controlling interest; (3) person who timely and properly opt out; and (4) the successors or assigns of any excluded person.

If you have questions about this notice, the lawsuit, or the enclosed materials, please contact Angelo A. Stio, III at 609-951-4125 (counsel for Defendant Lee Enterprises, Incorporated) or Simpluris at Meagan Brunner at mbrunner@simpluris.com

Sincerely,

Simpluris

List of Recipient Attorney Generals

| Name1 | Name2 | State | Method of Notice |
|---|---|---|---|
| Office of the United States Attorney General | The Honorable Pam Bondi | District of Columbia | Paper Mail |
| Office of the Alabama Attorney General | The Honorable Steve Marshall | Alabama | Paper Mail |
| Office of the Alaska Attorney General | The Honorable Treg Taylor | Alaska | Email |
| Office of the American Samoa Attorney General | The Honorable Gwen Tauiliili-Langkilde | American Samoa | Paper Mail |
| Office of the Arizona Attorney General | The Honorable Kris Mayes | Arizona | Paper Mail |
| Office of the Arkansas Attorney General | The Honorable Tim Griffin | Arkansas | Paper Mail |
| Office of the California Attorney General | The Honorable Rob Bonta | California | Paper Mail |
| Office of the California Attorney General | ATTN: CAFA Coordinator | California | Paper Mail |
| Office of the Colorado Attorney General | The Honorable Phil Weiser | Colorado | Paper Mail |
| Office of the Connecticut Attorney General | The Honorable William Tong | Connecticut | Paper Mail |
| Office of the Delaware Attorney General | The Honorable Kathy Jennings | Delaware | Paper Mail |
| Office of the District of Columbia Attorney General | The Honorable Jeanine Pirro, Interim | District of Columbia | Paper Mail |
| Office of the Florida Attorney General | The Honorable James Uthmeier | Florida | Email |
| Office of the Georgia Attorney General | The Honorable Chris Carr | Georgia | Paper Mail |
| Office of the Guam Attorney General | The Honorable Douglas Moylan | Guam | Paper Mail |
| Department of the Attorney General | The Honorable Anne E. Lopez | Hawaii | Paper Mail |
| Office of the Idaho Attorney General | The Honorable Raúl Labrador | Idaho | Paper Mail |
| Office of the Illinois Attorney General | The Honorable Kwame Raoul | Illinois | Email |
| Office of the Indiana Attorney General | The Honorable Todd Rokita | Indiana | Paper Mail |
| Office of the Iowa Attorney General | The Honorable Brenna Bird | Iowa | Paper Mail |
| Office of the Kansas Attorney General | The Honorable Kris Kobach | Kansas | Paper Mail |
| Office of the Kentucky Attorney General | The Honorable Russell Coleman | Kentucky | Paper Mail |
| Office of the Louisiana Attorney General | The Honorable Liz Murrill | Louisiana | Paper Mail |
| Office of the Maine Attorney General | The Honorable Aaron Frey | Maine | Paper Mail |
| Office of the Maryland Attorney General | The Honorable Anthony G. Brown | Maryland | Paper Mail |
| Office of the Massachusetts Attorney General | The Honorable Andrea Campbell | Massachusetts | Paper Mail |
| Department of the Attorney General | The Honorable Dana Nessel | Michigan | Paper Mail |
| Office of the Minnesota Attorney General | The Honorable Keith Ellison | Minnesota | Paper Mail |
| Office of the Mississippi Attorney General | The Honorable Lynn Fitch | Mississippi | Paper Mail |
| Office of the Missouri Attorney General | The Honorable Andrew Bailey | Missouri | Paper Mail |
| Office of the Montana Attorney General | The Honorable Austin Knudsen | Montana | Paper Mail |
| Office of the Nebraska Attorney General | The Honorable Mike Hilgers | Nebraska | Paper Mail |
| Office of the Nevada Attorney General | The Honorable Aaron Ford | Nevada | Email |
| Office of the New Hampshire Attorney General | The Honorable John Formella | New Hampshire | Paper Mail |
| Office of the New Jersey Attorney General | The Honorable Matthew J. Platkin | New Jersey | Paper Mail |
| Office of the New Mexico Attorney General | The Honorable Raul Torrez | New Mexico | Paper Mail |
| Office of the New York Attorney General | The Honorable Letitia James | New York | Email |
| Office of the North Carolina Attorney General | The Honorable Jeff Jackson | North Carolina | Paper Mail |
| Office of the North Dakota Attorney General | The Honorable Drew Wrigley | North Dakota | Paper Mail |
| Office of the Northern Mariana Islands Attorney Ge | The Honorable Edward Manibusan | Northern Mariana Islands | Paper Mail |
| Office of the Ohio Attorney General | The Honorable Dave Yost | Ohio | Paper Mail |
| Office of the Oklahoma Attorney General | The Honorable Gentner Drummond | Oklahoma | Paper Mail |
| Office of the Oregon Attorney General | The Honorable Dan Rayfield | Oregon | Paper Mail |
| Office of the Pennsylvania Attorney General | The Honorable Dave Sunday | Pennsylvania | Paper Mail |
| Puerto Rico Department of Justice | The Honorable Janet Parra-Mercado | Puerto Rico | Paper Mail |
| Office of the Rhode Island Attorney General | The Honorable Peter F. Neronha | Rhode Island | Paper Mail |
| Office of the South Carolina Attorney General | The Honorable Alan Wilson | South Carolina | Paper Mail |
| Office of the South Dakota Attorney General | The Honorable Marty Jackley | South Dakota | Paper Mail |
| Office of the Tennessee Attorney General | The Honorable Jonathan Skrmetti | Tennessee | Paper Mail |
| Office of the Texas Attorney General | The Honorable Ken Paxton | Texas | Paper Mail |
| Office of the Utah Attorney General | The Honorable Derek Brown | Utah | Paper Mail |
| Office of the Vermont Attorney General | The Honorable Charity R. Clark | Vermont | Paper Mail |
| Office of the Virgin Islands Attorney General | The Honorable Gordon C. Rhea | Virgin Islands | Paper Mail |

List of Recipient Attorney Generals

| Office of the Virginia Attorney General | The Honorable Jason Miyares | Virginia | Paper Mail |
|---|---|---|---|
| Office of the Washington Attorney General | The Honorable Nick Brown | Washington | Email |
| Office of the West Virginia Attorney General | The Honorable John B. McCuskey | West Virginia | Email |
| Office of the Wisconsin Attorney General | The Honorable Joshua Kaul | Wisconsin | Paper Mail |
| Office of the Wyoming Attorney General | The Honorable Bridget Hill | Wyoming | Paper Mail |

# EXHIBIT B

**Why am I receiving this notice?**
A Settlement has been reached with Lee Enterprises, Incorporated ("Lee Enterprises") in a class action lawsuit ("Settlement"). The case involves a February 2025 cybersecurity incident involving alleged unauthorized access to Private Information that Lee Enterprises experienced (the "Incident"). Lee Enterprises denies that it did anything wrong, and the Court has not decided who is right. The parties have agreed to settle the lawsuit to avoid the risks, disruption, and uncertainties of continued litigation. A copy of the Settlement is available online at www.LeeEnterprisesSettlement.com.

**Who is included in the Settlement?**
The Court has defined the class as: "All persons identified as being among those individuals impacted by the Data Security Incident, including all who were sent a notice of the Data Security Incident."

The Court has appointed experienced attorneys, called "Class Counsel," to represent the Class.

**What are the Settlement benefits?**
You can submit a claim for one year of **Credit Monitoring** and a one-time pro rata **Alternative Cash Payment, estimated to be approximately $35**, if you do not make a claim for Ordinary or Extraordinary Losses. If you make a claim for either Ordinary or Extraordinary Losses, your options are as follows:
**Ordinary Losses:** If you have documented out-of-pocket losses you can get back up to **$1,000**. If you spent time fixing problems caused by this incident, you can get back $40/hour for up to four hours. **Extraordinary Losses:** Instead of Option A, you can get back up to **$3,000** for documented fraud or identity theft losses.

**How do I receive a Settlement benefit?**
If you are claiming Ordinary or Extraordinary Losses, file all of your claims online. Otherwise, you may fill out the Claim Form below. Tear at perforation, and return by U.S. Mail. Postage is already paid. For a full paper Claim Form call (833) 647-9093. **Claims must be submitted online or postmarked by May 26, 2026.**

**What if I don't want to participate in the Settlement or do not like it?**
If you do not want to be part of the Settlement, you must opt-out by April 24, 2026 or you will not be able to sue Lee Enterprises for the claims made in this lawsuit. If you opt-out, you cannot make a claim for benefits from this Settlement. If you want to object to the Settlement, you may file an objection by April 24, 2026. The Long Form Notice and Settlement Agreement, available online, explain how to exclude yourself or object.

**When will the Court approve the Settlement?**
The Court will hold a hearing in this case on **June 30, 2026 at 10:00 a.m.**, to consider whether to approve the Settlement. The Court will also consider Class Counsel's request for attorneys' fees and costs of up to $200,000, and $1,000 as a service award for each of the Class Representatives. You may attend the hearing at your own cost, but you do not have to.

www.LeeEnterprisesSettlement.com



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



## BUSINESS REPLY MAIL
FIRST-CLASS MAIL  PERMIT NO. 47  COSTA MESA  CA

POSTAGE WILL BE PAID BY ADDRESSEE

**Lee Enterprises Data Security
Incident Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799**



Lee Enterprises Data Incident Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
SIMPLURIS INC

***Fetes, et al. v. Lee Enterprises, Inc.***

Case No. 3:25-cv-0067-SMR-SBJ

**IF YOUR PRIVATE INFORMATION WAS COMPROMISED IN THE FEBRUARY 2025 LEE ENTERPRISES, INC. DATA SECURITY INCIDENT, A PROPOSED CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS AND ENTITLE YOU TO BENEFITS AND A CASH PAYMENT.**

*A court has authorized this Notice.*
*This is not a solicitation from a lawyer.*
*You are not being sued.*

**THIS NOTICE IS ONLY A SUMMARY.**
**VISIT**
**WWW.LEEENTERPRISESSETTLEMENT.COM**
**OR SCAN THIS QR CODE**
**FOR COMPLETE INFORMATION.**



Postal Service: Please do not mark barcode

«IMbₗullBarcodeEncoded»

Claim #: XXX- «LoginID» - «MailRec»
«First1» «Last1»
«Addr1» «Addr2»
«City», «St» «Zip»
«Country»

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Lee Enterprises Data Security Incident Settlement**

《First1》 《Last1》
《Addr1》 《Addr2》
《City》, 《St》 《Zip》

*Complete this Claim Form, tear at perforation, and return by U.S. Mail no later than **May 26, 2026.***

*Only one Claim Form per Class Member*

Login ID: 《LoginID》
PIN: 《PIN》

**INSTRUCTIONS:** Use this card to submit your claim for one year **of Credit Monitoring Services**, or the $35.00 **Alternative Cash Payment**. To claim cash payments for **Ordinary** or **Extraordinary Losses** visit the settlement website at **www.LeeEnterprisesSettlement.com**.

☐    Check this box to enroll in one year of **Credit Monitoring Services** from CyEx Financial Shield Total.

☐    If you **do not** wish to claim **Ordinary Losses** or **Extraordinary Losses**, check this box to claim a one-time *pro rata* **Alternative Cash Payment**. The value of the Alternative Cash Payment is estimated to be approximately $35.00.

How would you like to be paid:

Check **one**: ☐ PayPal ☐ Venmo ☐ Zelle ☐ Virtual Prepaid Card ☐ Check (sent to above address)

For digital payment options, please **PRINT** your email address **LEGIBLY** on the line below and doublecheck that it is correct:    _____

Signature:_____

Printed Name:_____

Notify us if your contact information is different from what is shown above, or changes after submitting this form.

*CASE ID - 9226*

**Class Member #:** <<SIMID>>

# EXHIBIT C

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

*Fetes, et al. v. Lee Enterprises, Inc.*
Case No. 3:25-cv-00067-SMR-SBJ
United States District Court for the Southern District of Iowa

> **IF YOUR PRIVATE INFORMATION WAS COMPROMISED IN THE FEBRUARY 2025 <u>LEE ENTERPRISES, INCORPORATED,</u> DATA SECURITY INCIDENT,**
> **A PROPOSED CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS, AND ENTITLE YOU TO BENEFITS AND A <u>CASH PAYMENT</u>.**

*A court has authorized this notice. This is not a solicitation from a lawyer.*
*You are not being sued.*
***Please read this Notice carefully and completely.***

- A Settlement has been reached with Lee Enterprises, Incorporated ("Lee Enterprises" or "Defendant") in a class action lawsuit. This case is about the cybersecurity incident that Lee Enterprises experienced in February 2025 (the "Data Security Incident"). Certain files that contained Private Information may have been accessed. These files may have contained personal information such as names , Social Security numbers and medical information.

- The lawsuit is called *Fetes, et al. v. Lee Enterprises, Inc.*, Case No. 3:25-cv-00067-SMR-SBJ. It is pending in the United States District Court for the Southern District of Iowa (the "Litigation").

- Lee Enterprises denies that it did anything wrong, and the Court has not decided who is right.

- The parties have agreed to settle the lawsuit (the "Settlement") to avoid the costs and risks, disruptions, and uncertainties of continuing the Litigation.

- Lee Enterprises' records indicate that you are a Settlement Class Member, and entitled to benefits under the Settlement. You may have received a previous notice directly from Lee Enterprises.

- Your rights are affected whether you act or don't act. ***Please read this Notice carefully and completely.***

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | DEADLINE |
|---|---|---|
| **SUBMIT A CLAIM** | The only way to receive benefits or payments from this Settlement is by submitting a valid and timely Claim Form.<br><br>The fastest way to submit your Claim Form is online at www.LeeEnterprisesSettlement.com. If you prefer, you can download the Claim Form from the Settlement Website and mail it to the Settlement Administrator. | **May 26, 2026** |
| **OPT-OUT OF THE SETTLEMENT** | You can choose to opt-out of the Settlement and receive no Cash Payment or Credit Monitoring. This option allows you to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims resolved by this Settlement. You can hire your own lawyer at your own expense. | **April 24, 2026** |
| **OBJECT TO THE SETTLEMENT AND/OR ATTEND A HEARING** | If you do not opt-out of the Settlement, you may object to it by writing to the Court about why you don't like the Settlement. You may also ask the Court for permission to speak about your objection at the Final Approval Hearing. If you object, you may also file a claim for Settlement Class Member benefits. | **April 24, 2026-written objection deadline**<br><br>**June 30, 2026 at 10:00 a.m.**- Final Approval Hearing |
| **DO NOTHING** | Unless you opt-out of the Settlement, you are automatically part of the Settlement. If you do nothing, you will not receive benefits or payments from this Settlement. You will give up the right to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims resolved and released by this Settlement. | No Deadline |

- These rights and options—**and the deadlines to exercise them—**are explained in this Notice.

- The Court in charge of this case still has to decide whether to approve the Settlement.

2

## WHAT THIS NOTICE CONTAINS

BASIC INFORMATION ........................................................................................... 3
WHO IS IN THE SETTLEMENT ............................................................................... 4
THE SETTLEMENT BENEFITS................................................................................ 4
SUBMITTING A CLAIM FORM FOR SETTLEMENT BENEFITS ................................ 6
THE LAWYERS REPRESENTING YOU ................................................................... 7
OPTING OUT FROM THE SETTLEMENT ................................................................ 7
COMMENTING ON OR OBJECTING TO THE SETTLEMENT.................................... 8
THE COURT'S FINAL APPROVAL HEARING ......................................................... 9
IF I DO NOTHING ................................................................................................. 9
GETTING MORE INFORMATION ........................................................................ 10

# Basic Information

## 1. Why was this Notice issued?

The United States District Court for the Southern District of Iowa, authorized this Notice. You have a right to know about the proposed Settlement of this class action lawsuit, and about all of your options, before the Court decides whether to grant final approval of the Settlement. This Notice explains the lawsuit, your legal rights, what benefits are available, and who can receive them.

The lawsuit is called *Fetes, et al. v. Lee Enterprises, Inc.*, Case No. 3:25-cv-00067-SMR-SBJ. It is pending in the United States District Court for the Southern District of Iowa. The people that filed this lawsuit are called the "Plaintiffs" (or "Class Representatives") and the company they sued, Lee Enterprises, Incorporated, is called the "Defendant."

## 2. What is this lawsuit about?

This lawsuit alleges that during a cybersecurity incident that Lee Enterprises experienced in February 2025 , certain files that contained Private Information may have been  accessed. These files may have contained personal information such as names,Social Security numbers and medical information.

## 3. What is a class action?

In a class action, one or more individuals sue on behalf of other people with similar claims. These individuals are called the "Plaintiffs" or "Class Representatives." Together, the people included in the class action are called a "Class" or "Class Members." One court resolves the lawsuit for all Class Members, except for those who opt out from the settlement. In this proposed Settlement, the Class Representatives are Sarah Fetes; Anthony Bangert; Declan Lawson; Nicole Church; Douglas Arp; and Briar Napier. Everyone included in this Action are the  Settlement Class Members.

## 4. Why is there a Settlement?

The Court did not decide whether the Plaintiffs or the Defendant are right. Both sides have agreed to a Settlement to avoid the costs and risks of a trial, and to allow the Settlement Class Members to receive benefits from the Settlement. The Plaintiffs and their attorneys think the Settlement is best for all Settlement Class Members.

**Questions? Call (833) 647-9093 Toll-Free or Visit www.LeeEnterprisesSettlement.com**

# Who is in the Settlement?

## 5. Who is included in the Settlement?

The court has defined the Settlement Class this way: "All persons identified as being among those individuals impacted by the Data Security Incident, including all who were sent a notice of the Data Security Incident."

## 6. Are there exceptions to being included?

Yes. Excluded from the Class are: (1) the Judge(s) presiding over the Action and members of their immediate families and their staff; (2) Lee Enterprises and its subsidiaries, parent companies, successors, predecessors, and any entity in which Lee Enterprises, has a controlling interest; (3) natural persons who properly execute and submit a request to opt out prior to the expiration of the Opt-Out Period; and (4) the successors or assigns of any such excluded natural person.

If you are not sure whether you are a Settlement Class Member, you can ask for free help any time by contacting the Settlement Administrator at:

- Email: info@LeeEnterprisesSettlement.com
- Call toll free, 24/7: (833) 647-9093
- By mail:  Lee Enterprises Data Security Incident Settlement
        c/o Settlement Administrator
        P.O. Box 25226
        Santa Ana, CA 92799
- You may also view the Settlement Agreement at www.LeeEnterprisesSettlement.com.

# The Settlement Benefits

## 7. What does the Settlement provide?

All Settlement Class Members may claim **Credit Monitoring**, and either  an **Alternative Cash Payment OR one** of the following two **Compensation Cash Payment** options:

| OPTION A: | | OPTION B: |
|---|---|---|
| • Compensation for Ordinary Losses<br>• Compensation for Lost Time | *OR* | • Compensation for Extraordinary Losses |

**CREDIT MONITORING SERVICES.** All Settlement Class Members are eligible to enroll in one year of CyEx Financial Shield Total with three bureaus. This comprehensive service comes with $1 million of financial fraud insurance, and includes monitoring for:

- fraud or identity theft
- unauthorized financial transactions
- personal information associated with high-risk transactions

If anything suspicious happens, you will be able to talk to a fraud resolution agent to help fix any problems.

4

**Questions? Call (833) 647-9093 Toll-Free or Visit www.LeeEnterprisesSettlement.com**

**CASH PAYMENTS.** Settlement Class Members may claim payments from *either* Option A or Option B.

### OPTION A

**Compensation for Ordinary Losses (out-of-pocket expenses).** If you incurred actual, <u>documented</u> out-of-pocket expenses due to the Data Security Incident, you can get back up to **$1,000.00**. The losses must have occurred between June 1, 2025, and May 26, 2026.

This benefit covers out-of-pocket expenses like:

- fees for credit reports or credit monitoring
- bank fees, long distance phone charges, cell phone changes (only if charged based on the amount of the data used) postage to contact banks by mail
- gasoline for local travel
- up to 4 hours of lost time, at $20/hour for time spent dealing with the Data Security Incident.

You need to send proof, like receipts, to show how much you spent or lost. You can also send notes or papers you made yourself to explain or support other proof, but those notes or papers alone <u>are not enough</u> to make a valid claim. Your proof or notes should show that your expenses were because of the Data Security Incident.

You may submit claims for up to 4 hours of lost time with a signed attestation that You spent the claimed time responding to issues raised by the Data Security Incident.

You cannot claim a payment for expenses that have already been reimbursed by a third party.

**Compenation for Lost Time.** Class Members who spent time responding to the Data Security Incident may claim up to four hours, at $20.00 per hour, for a maximum of **$80.00**.

You must have spent the time on tasks related to the Data Security Incident. Some examples include things like:

- changing your passwords
- investigating suspicious activity in your accounts
- researching the Data Security Incident

You do not need to describe how you spent this time.

### OPTION B

**Compensation for Extraordinary Losses (losses from identity theft or fraud).** If you lost money because of identity theft or fraud, you can get back up to **$3,000.00**.

You will need to show that:

- the theft or fraud was probably caused by the Data Security Incident
- the losses are not already covered by **Ordinary Losses**
- you tried to prevent the loss or get your money back, such as by using insurance you already have

The losses must have occurred between June 1, 2025, and May 26, 2026.

You need to send proof, like receipts, to show how much you spent or lost. You can also send notes or papers you made yourself to explain or support other proof, but those notes or papers alone <u>are</u>

5

not enough to make a valid claim. Your proof or notes should show that your expenses were because of the Data Security Incident.

You cannot claim a payment for expenses that have already been reimbursed by a third party.

**Alternative Cash Payment.** In lieu of the benefits in Option A or Option B, you may claim a one-time *pro rata* cash payment. This payment is expected to be **$35.00**. You cannot claim the **Alternative Cash Payment** if you have elected to claim **Compensation for Ordinary Losses** or **Compensation for Extraordinary Losses**.

You do not have to provide any proof or explanation to claim this payment.

If you have questions about these benefits, you can ask for free help any time by contacting the Settlement Administrator at:

- Email: info@LeeEnterprisesSettlement.com
- Call toll free, 24/7: (833) 647-9093
- By mail:  Lee Enterprises Data Security Incident Settlement
     c/o Settlement Administrator
     P.O. Box 25226
     Santa Ana, CA 92799

## 8. What claims am I releasing if I stay in the Settlement Class?

If you stay in the Settlement Class, you won't be able to be part of any other lawsuit against Lee Enterprises about the issues that this Settlement covers. The "Releases" section of the Settlement Agreement (Section 4) describes the legal claims that you give up if you remain in the Settlement Class. The Settlement Agreement is available at www.LeeEnterprisesSettlement.com.

# Submitting a Claim Form for a Settlement Payment

## 9. How do I submit a claim for a Settlement benefit?

The fastest way to submit your Claim Form is online at www.LeeEnterprisesSettlement.com. If you prefer, you can download a printable Claim Form from the website and mail it to the Settlement Administrator at:

Lee Enterprises Data Security Incident Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

You may also contact the Settlement Administrator to request a Claim Form by telephone, toll free, (833) 647-9093, by email info@LeeEnterprisesSettlement.com, or by U.S. mail at the address above.

## 10. Are there any important Settlement payment deadlines?

If you are submitting a Claim Form online, you must do so by May 26, 2026. If you are submitting a claim by U.S. mail, the completed and signed Claim Form, including supporting documentation, must be postmarked no later than May 26, 2026.

**Questions? Call (833) 647-9093 Toll-Free or Visit www.LeeEnterprisesSettlement.com**

## 11. When will the Settlement benefits be issued?

The Court will hold a Final Approval Hearing on **June 30, 2026 at 10:00 a.m**. (*see* **Question 18)**. If the Court approves the Settlement, there may be appeals. We do not know if appeals will be filed, or how long it will take to resolve them if they are filed.

Settlement payments will be distributed if the Court grants final approval, and after any appeals are resolved.

Please be patient.

# The Lawyers Representing You

## 12. Do I have a lawyer in the case?

Yes, the Court has appointed attorneys John J. Nelson of Milberg Coleman Bryson Phillips Grossman, PLLC; Jeff Ostrow of Kopelowitz Ostrow; and Leanna A. Loginov of Shamis & Gentile, P.A., to represent you and other Settlement Class Members ("Class Counsel").

## 13. Should I get my own lawyer?

You will not be charged for Class Counsel's services. If you want your own lawyer, you may hire one at your expense.

## 14. How will Class Counsel be paid?

Class Counsel will ask the court to approve up to $200,000.00 as reasonable attorneys' fees and costs of litigation. This amount will be paid from the Settlement Fund.

Class Counsel will also ask for Service Award payments of $1,000.00 for each of the Class Representatives. Service Award payments will also be paid from the Settlement Fund.

# Opting-Out from the Settlement

## 15. How do I opt out of the Settlement?

If you do not want to be part of the Settlement, you must formally exclude yourself from the Settlement. This is called an Opt-Out Request.

If you opt-out, you are telling the Court that you do not want to be part of the Settlement. You will not be eligible to receive any Settlement benefits if you opt-out. However, you will keep any rights you may have to sue Lee Enterprises on your own about the legal issues in this case.

The deadline to opt-out from the Settlement is April 24, 2026.

To be valid, your Opt-Out Request must have the following information:

(1)  the name of the Litigation: *Fetes, et al. v. Lee Enterprises, Inc.*, Case No. 3:25-cv-00067-SMR-SBJ, pending in the United States District Court for the Southern District of Iowa;

(2)  your full name, mailing address, telephone number, and email address;

(3)  personal signature; and

(4)  the words "Opt-Out Request" or a clear and similar statement that you do not want to participate in

7

**Questions? Call (833) 647-9093 Toll-Free or Visit www.LeeEnterprisesSettlement.com**

the Settlement.

You may only exclude yourself—not any other person.

Mail your Request for Exclusion to the Settlement Administrator at:

Lee Enterprises Data Security Incident Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

Your Opt-Out Request must be submitted and postmarked by April 24, 2026.

# Commenting on or Objecting to the Settlement

## 16. How do I tell the Court if I like or do not like the Settlement?

If you are a Settlement Class Member and do not like part or all of the Settlement, you can object to it. Objecting means telling the Court your reasons for why you think the Court should not approve the Settlement. The Court will consider your views.

You cannot object if you have opted-out from the Settlement (*see* **Question 15**)

You must provide the following information for the Court to consider your objection:

(1)   the name of the Litigation: *Fetes, et al. v. Lee Enterprises, Inc.*, Case No. 3:25-cv-00067-SMR-SBJ, pending in the United States District Court for the Southern District of Iowa;

(2)   your full name, mailing address, unique identifier of the Settlement Class Member; telephone number, and email address (if any);

(3)   include proof that the Settlement Class Member is a member of the Settlement Class (e.g., copy of the Settlement Notice, copy of the original notice of the Data Security Incident);

(4)   identify the specific factual and legal grounds for the objection;

(5)   identify all counsel representing the Settlement Class Member, if any;

(6)   include a list, including case name, court, and docket number, of all other cases in which the objector and/or the objector's counsel has filed an objection to any proposed class action settlement in the past five (5) years;

(7)   contain a statement regarding whether the Settlement Class Member (or counsel of his or her choosing) intends to appear at the Final Approval Hearing; and

(8)   your signature (if you have hired your own lawyer, their signature is not sufficient).

For your objection to be considered, it must meet each of these requirements.

To be considered by the Court, you must file your complete objection with the Clerk of Court by April 24, 2026. You must also send a copy of the objection by U.S. Mail to the Settlement Administrator.

| Clerk of the Court | Settlement Administrator |
|---|---|
| Clerk of the Court<br>111 Locust Street<br>Des Moines, IA 50309 | Lee Enterprises Data Security Incident<br>Settlement<br>c/o Settlement Administrator<br>P.O. Box 25226<br>Santa Ana, CA 92799 |

## 17. What is the difference between objecting and excluding?

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not opt-out from the Settlement. Opting out from the Settlement is stating to the Court that you do not want to be part of the Settlement. If you opt-out of the Settlement, you cannot object to it because the Settlement no longer affects you.

# The Court's Final Approval Hearing

## 18. When is the Court's Final Approval Hearing?

The Court will hold a final approval on **June 30, 2026 at 10:00 a.m**. in Des Moines - Room 510 - 5th Floor Southeast.

At the Final Approval Hearing, the Court will decide whether to approve the Settlement. The court will also decide Class Counsel's request for an attorneys' fees and costs award and the request for a Service Award to the Class Representatives. The Court will also consider any timely objections to the Settlement.

If you are a Settlement Class Member, you or your lawyer may ask permission to speak at the hearing at your own cost (*See* **Question 16**).

The date and time of this hearing may change without further notice. Please check www.LeeEnterprisesSettlement.com for updates.

## 19. Do I have to come to the Final Approval Hearing?

No. Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish, but you do not have to.

If you file an objection, you do not have to come to the Final Approval Hearing to talk about it; the Court will consider it as long as it was filed on time. You may also pay your own lawyer to attend, but you do not have to.

# If I Do Nothing

## 20. What happens if I do nothing at all?

If you do nothing, you will not receive a benefit from this Settlement.

You will also give up the rights described in **Question 8**.

# Getting More Information

## 21. How do I get more information?

This Notice is a summary of the proposed Settlement. The full Settlement Agreement and other related documents are available at the Settlement Website, www.LeeEnterprisesSettlement.com.

If you have additional questions, you can ask for free help any time by contacting the Settlement Administrator at:

- Email: info@LeeEnterprisesSettlement.com
- Call toll free, 24/7: (833) 647-9093
- By mail:  Lee Enterprises Data Security Incident Settlement
  c/o Settlement Administrator
  P.O. Box 25226
  Santa Ana, CA 92799

You can obtain copies of publicly filed documents by visiting the office of the Clerk of the Court, 111 Locust Street Des Moines, IA 50309.

**DO NOT CONTACT THE COURT OR CLERK OF COURT REGARDING THIS SETTLEMENT**

**Questions? Call (833) 647-9093 Toll-Free or Visit www.LeeEnterprisesSettlement.com**

# EXHIBIT D

*Fetes, et al. v. Lee Enterprises, Inc.*
Case No. 3:25-cv-00067-SMR-SBJ
United States District Court for the Southern District of Iowa

**DATA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

## GENERAL INSTRUCTIONS

**Who is eligible to file a claim?** The court has defined the Class this way: "All persons identified as being among those individuals impacted by the Data Security Incident, including all who were sent a notice of the Data Security Incident."

**Excluded from the Settlement Class** are: (1) the Judge(s) presiding over the Action and members of their immediate families and their staff; (2) Lee Enterprises, Incorporated ("Lett Enterprises") and its subsidiaries, parent companies, successors, predecessors, and any entity in which Lee Enterprises, has a controlling interest; (3) natural persons who properly execute and submit a request to opt out prior to the expiration of the Opt-Out Period; and (4) the successors or assigns of any such excluded natural person.

### COMPLETE THIS CLAIM FORM IF YOU ARE A CLASS MEMBER AND WISH TO RECEIVE ONE OR MORE OF THE FOLLOWING SETTLEMENT BENEFITS

## AVAILABLE BENEFITS

All Settlement Class Members may claim **Credit Monitoring**, and either an **Alternative Cash Payment OR one** of the following two **Compensation Cash Payment** options:

| OPTION A: | | OPTION B: |
|---|---|---|
| • Compensation for Ordinary Losses<br>• Compensation for Lost Time | *OR* | • Compensation for Extraordinary Losses |

**CREDIT MONITORING SERVICES.** All Settlement Class Members are eligible to enroll in one year of CyEx Financial Shield Total with three bureaus. This comprehensive service comes with $1 million of financial fraud insurance, and includes monitoring for:

- fraud or identity theft
- unauthorized financial transactions
- personal information associated with high-risk transactions

If anything suspicious happens, you will be able to talk to a fraud resolution agent to help fix any problems.

*Fetes, et al. v. Lee Enterprises, Inc.*
Case No. 3:25-cv-00067-SMR-SBJ
United States District Court for the Southern District of Iowa

**DATA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

**Your claim must be submitted online or postmarked by: May 26, 2026**

**Your claim must be submitted online or postmarked by: May 26, 2026**

**CASH PAYMENTS.** Settlement Class Members may claim payments from *either* Option A or Option B.

**OPTION A**

**Compensation for Ordinary Losses (out-of-pocket expenses).** If you incurred actual, <u>documented</u> out-of-pocket expenses due to the Data Security Incident, you can get back up to **$1,000.00**. The losses must have occurred between June 1, 2025 and May 26, 2026.

This benefit covers out-of-pocket expenses like:

- fees for credit reports or credit monitoring
- bank fees, long distance phone charges, cell phone changes (only if charged based on the amount of the data used) postage to contact banks by mail
- gasoline for local travel
- up to 4 hours of lost time, at $20/hour for time spent dealing with the Data Security Incident.

You need to send proof, like receipts, to show how much you spent or lost. You can also send notes or papers you made yourself to explain or support other proof, but those notes or papers alone <u>are not enough</u> to make a valid claim. Your proof or notes should show that your expenses were because of the Data Incident.

You may submit claims for up to 4 hours of lost time with a signed attestation that You spent the claimed time responding to issues raised by the Data Security Incident.

You cannot claim a payment for expenses that have already been reimbursed by a third party.

**Compenation for Lost Time.** Class Members who spent time responding to the  Security Incident may claim up to four hours, at $20.00 per hour, for a maximum of **$80.00**.

You must have spent the time on tasks related to the  Data Incident. Some examples include things like:

- changing your passwords
- investigating suspicious activity in your accounts
- researching the  Data Incident

You do not need to describe how you spent this time.

**OPTION B**

**Compensation for Extraordinary Losses (losses from identity theft or fraud).** If you lost money because of identity theft or fraud, you can get back up to **$3,000.00**.

You will need to show that:

- the theft or fraud was probably caused by the Data Security Incident
- the losses are not already covered by **Ordinary Losses**
- you tried to prevent the loss or get your money back, such as by using insurance you already have

**Your claim must be submitted online or postmarked by: May 26, 2026**

*Fetes, et al. v. Lee Enterprises, Inc.*
Case No. 3:25-cv-00067-SMR-SBJ
United States District Court for the Southern District of Iowa

**DATA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

**Your claim must be submitted online or postmarked by: May 26, 2026**

The losses must have occurred between June 1, 2025, and May 26, 2026

You need to send proof, like receipts, to show how much you spent or lost. You can also send notes or papers you made yourself to explain or support other proof, but those notes or papers alone <u>are not enough</u> to make a valid claim. Your proof or notes should show that your expenses were because of the Security Incident.

You cannot claim a payment for expenses that have already been reimbursed by a third party.

**Alternative Cash Payment.** In lieu of the benefits in Option A or Option B, you may claim a one-time *pro rata* cash payment. The value of the Alternative Cash Payment is estimated to be approximately **$35.00**.

You do not have to provide any proof or explanation to claim this payment.

If you have questions about these benefits, you can ask for free help any time by contacting the Settlement Administrator at:

- Email: info@LeeEnterprisesSettlement.com
- Call toll free, 24/7: (833) 647-9093
- By mail:  Lee Enterprises Data Security Incident Settlement
    c/o Settlement Administrator
    P.O. Box 25226
    Santa Ana, CA 92799

**THE MOST EFFICIENT WAY TO SUBMIT YOUR CLAIMS IS ONLINE USING YOUR UNIQUE LOGIN ID AND PIN AT WWW.LEEENTERPRISESSETTLEMENT.COM**

You may also print out and complete this Claim Form, and submit it by U.S. mail.

**You must submit your Claim Form online or by mail no later than May 26, 2026.**

<table>
<tr><td>

**Your claim must be submitted online or postmarked by: May 26, 2026**

</td><td>

***Fetes, et al. v. Lee Enterprises, Inc.***
Case No. 3:25-cv-00067-SMR-SBJ
United States District Court for the Southern District of Iowa

**DATA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

</td><td>

**Your claim must be submitted online or postmarked by: May 26, 2026**

</td></tr>
</table>

## I.  CLASS MEMBER NAME AND CONTACT INFORMATION

Print your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this claim form.  All fields are required. **Please print legibly.**

First Name

Last Name

Street Address

City

State

Zip Code

Email Address

Phone Number

Unique ID (if known)

## II. CREDIT MONITORING SERVICES

☐    Check this box if you would like to enroll in one year of three-bureau Credit Monitoring Services from CyEx Financial Shield Total.

## III. COMPENSATION FOR ORDINARY LOSSES

☐    Check this box if you would like to claim reimbursement for <u>documented</u> out-of-pocket expenses. You can get back up to $1,000.00. **DO NOT CLAIM THIS BENEFIT IF YOU ARE CLAIMING PAYMENTS FROM SECTION V**.

*Please complete the table below, describing the supporting documentation you are submitting.*

| *Description of Documentation Provided* | *Amount* |
|---|---|
| *Example: Fee for credit report* | *$40* |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL CLAIMED:** |  |

If you have more expenses than rows, you may attach additional sheets of paper to account for them. Please print your name and sign the bottom of each additional sheet of paper.

**Questions? Call (833) 647-9093 Toll-Free or Visit www.LeeEnterprisesSettlement.com**

**Your claim must be submitted online or postmarked by: May 26, 2026**

*Fetes, et al. v. Lee Enterprises, Inc.*
Case No. 3:25-cv-00067-SMR-SBJ
United States District Court for the Southern District of Iowa

**DATA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

**Your claim must be submitted online or postmarked by: May 26, 2026**

---

### IV. COMPENSATION FOR LOST TIME

If you spent time fixing problems caused by Data Security Incident, please select how many hours (up to four) you spent. **DO NOT CLAIM THIS BENEFIT IF YOU ARE CLAIMING PAYMENTS FROM SECTION V.**

I spent (select only **one**):      ☐ 1 hour ($20.00)      ☐ 2 hours ($40.00)      ☐ 3 hours ($60.00)
☐ 4 hours ($80.00)

☐ By checking this box I swear and affirm that I spent the amount of time identified responding to the Data Security Incident that impacted Lee Enterprises, Inc. (**Required**.)

---

### V. COMPENSATION FOR EXTRAORDINARY LOSSES

☐ Check this box if you would like to claim reimbursement for underlined documented losses due to identity theft or fraud. You can get back up to $3,000.00. **DO NOT CLAIM THIS BENEFIT IF YOU ARE CLAIMING PAYMENTS FROM SECTION III OR IV**.

*Please complete the table below, describing the supporting documentation you are submitting.*

| Description of Documentation Provided | Amount |
|---|---|
| *Example: Unauthorized bank transfer* | *$500* |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL CLAIMED:** |  |

If you have more expenses than rows, you may attach additional sheets of paper to account for them. Please print your name and sign the bottom of each additional sheet of paper.

---

### VI. ALTERNATIVE CASH PAYMENT

☐ Check this box if you want to claim a one-time *pro rata* cash payment. The value of the Alternative Cash Payment is estimated to be approximately **$35.00**. **DO NOT CLAIM THIS BENEFIT IF YOU ARE CLAIMING PAYMENTS FROM SECTIONS III-V**.

*Fetes, et al. v. Lee Enterprises, Inc.*
Case No. 3:25-cv-00067-SMR-SBJ
United States District Court for the Southern District of Iowa

**DATA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

**Your claim must be submitted online or postmarked by: May 26, 2026**

**Your claim must be submitted online or postmarked by: May 26, 2026**

## VII. PAYMENT SELECTION

Please select **one** of the following payment options, which will be used if you are claiming a cash payment.

☐ **PayPal**
Email address, if different than you provided in Section 1:_____

☐ **Venmo**
Mobile number, if different than you provided in Section 1:_____

☐ **Zelle**
Email address or mobile number, if different than you provided in Section 1:_____

☐ **Virtual Prepaid Card**
Email address, if different than you provided in Section 1:_____

☐ **Physical Check**
Payment will be mailed to the address provided in Section 1.

## VIII. ATTESTATION & SIGNATURE

I swear and affirm on penalty of perjury that the information provided in this Claim Form, including supporting documentation, is true and correct to the best of my knowledge. I understand that my claim is subject to verification and that I may be asked to provide supplemental information by the Settlement Administrator before my claim is considered complete and valid.

_____          _____          _____
Signature                                        Printed Name                                     Date

**Questions? Call (833) 647-9093 Toll-Free or Visit www.LeeEnterprisesSettlement.com**

# EXHIBIT E

Exhibit E - Exclusion List

| Class Member ID | First Name | Last Name |
|---|---|---|
| 25194 | Wanda R | Herbert |
| 34665 | Frances | Duffy |
| 23502 | Walter Scott | Chancey |