**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| **SARAH FETES, ANTHONY BANGERT, DECLAN LAWSON, NICOLE CHURCH BRIAR NAPIER, and DOUGLAS ARP,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LEE ENTERPRISES INCORPORATED,**<br><br>Defendant. | Case No. 3:25-cv-00067-SMR-SBJ<br><br><br>**JOINT MOTION FOR LEAVE TO APPEAR REMOTELY** |

**COME NOW** the Parties, by and through their respective undersigned counsel, and respectfully request the Court's permission to appear via video conference for the Final Approval Hearing presently set for June 30, 2026 at 10:00 AM.

Respectfully submitted,

By: */s/Brian O. Marty*
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
**SHINDLER ANDERSON GOPLERUD
& WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515)223-8887
Email: goplerud@sagwlaw.com
        marty@sagwlaw.com

Leanna A. Loginov
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299
lloginov@shamisgentile.com

Gary M. Klinger
**MILBERG PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
Email: gklinger@milberg.com

***ATTORNEYS FOR PLAINTIFF FETES
AND THE PUTATIVE CLASS***


Jeff Ostrow (*Pro Hac Vice forthcoming*)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: 954.332.4200
ostrow@kolawyers.com

***ATTORNEYS FOR PLAINTIFF
BANGERT AND THE PUTATIVE CLASS***


Brittany Resch*
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com
raina@straussborrelli.com

Lori Bullock
**BULLOCK LAW PLLC**
309 E 5th Street, Suite 202B
Des Moines, IA 50309
Telephone: (515) 423-0551
lbullock@bullocklawpllc.com
*\*Pro Hac Vice*

***ATTORNEYS FOR PLAINTIFF ARP***


Joshua Lloyd Christensen
**RSH LEGAL**
425 Second St. SE, Suite 1140
Cedar Rapids, IA 52401
Telephone: 319-365-9200
Fax: 319-365-1114
Email:jchristensen@fightingforfairness.com

Leigh Skye Montgomery
**EKSM, LLP**
4200 Montrose Boulevard, Suite 200
Houston, TX 77006
Telephone: 888-350-3931
Fax: 888-276-3455
Email: lmontgomery@eksm.com

*ATTORNEYS FOR PLAINTIFF CHURCH*

John Heenan
**HEENAN & COOK, PLLC**
2224 Montana Avenue
Billings, MT 59101
Telephone: 406-839-9091
Fax: 406-839-9092
Email: john@lawmontana.com

*ATTORNEYS FOR PLAINTIFF NAPIER*

Joshua James McIntyre
**LANE & WATERMAN LLP**
220 N Main St., Suite 600
Davenport, IA 52801
Telephone: 563-324-3246
Fax: 563-324-1616
Email: jmcintyre@l-wlaw.com

Angelo Anthony Stio , III
**TROUTMAN PEPPER LOCKE LLP (NJ)**
104 Carnegie Center, Suite 203
Princeton, NJ 08540
Telephone: 609-951-4125
Fax: 609-451-1147
Email: angelo.stio@troutman.com

Melissa A. Chuderewicz
**TROUTMAN PEPPER LOCKE LLP (NJ)**
104 Carnegie Center, Suite 203
Princeton, NJ 08540
Telephone: 609-951-4118
Fax: 609-452-1147
Email:
melissa.chuderewicz@troutman.com

*ATTORNEYS FOR DEFENDANT LEE ENTERPRISES INCORPORATED*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF System which will send notification of such filing to all counsel of record.

/s/ Brian O. Marty_____