**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | |
|---|---|
| SARAH FETES, ANTHONY BANGERT, DECLAN LAWSON, NICOLE CHURCH, BRIAN NAPIER, and DOUGLAS ARP,<br><br>Plaintiffs,<br><br>v.<br><br>LEE ENTERPRISES, INCORPORATED,<br><br>Defendant. | Civil Action No. 3:25-cv-00067-SMR-SBJ<br><br>**NOTICE OF APPEARANCE** |

Jonathan L. McGehee of Lane & Waterman LLP hereby enters his Appearance on behalf of

Defendant Lee Enterprises, Incorporated.

Dated:  June 22, 2026           LANE & WATERMAN LLP

                            By: */s/ Jonathan L. McGehee*
                               Joshua J. McIntyre, AT0011426
                               Jonathan L. McGehee, AT0015896
                               220 North Main Street, Suite 600
                               Davenport, IA 52801
                               Telephone: 563-324-3246
                               Facsimile: 563-324-1616
                               Email: JMcIntyre@l-wlaw.com
                                      JMcGehee@l-wlaw.com

                            ***ATTORNEYS FOR DEFENDANT LEE ENTERPRISES, INCORPORATED***

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 22, 2026, the foregoing was filed electronically

with the Clerk of Court using the CM/EMC System and was thereby served on all counsel of record.


      */s/ Jonathan L. McGehee*