IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| SARAH FETES, ANTHONY BANGERT, DECLAN LAWSON, NICOLE CHURCH, DOUGLAS ARP, and BRIAR NAPIER, <br><br> Plaintiffs, <br><br> v. <br><br> LEE ENTERPRISES INCORPORATED, <br><br> Defendant. | Case No. 3:25-cv-00067-SMR-SBJ |

**SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Katy Liebhold, declare and state as follows:

1.      Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2.      I am a Project Manager at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and Settlement Administrator located in Costa Mesa, California.

3.      The purpose of this declaration is to provide the Court with updated information prior to the Final Approval Hearing.

**DIRECT NOTICE PROGRAM**

4.      On or about February 6, 2026, Counsel for Defendant provided Simpluris with two data files containing 39,779 Settlement Class Members names and mailing addresses.

5.      Upon receipt of the Class List, Simpluris reviewed the data to ensure it was in proper format for distributing the Notice via U.S. Mail. In an effort to ensure that the Notice would be delivered to class members, Simpluris compared the address data against the United States Postal Service ("USPS") National Change of Address ("NCOA") database and updated the data to a Settlement-specific database with the changes received from NCOA. 22 exact duplicates were removed, and the final class list was confirmed to contain 39,757 Settlement Class Members.

6.      On February 23, 2026, Simpluris mailed the Postcard Notice to the 39,757 Settlement Class Members for whom a valid mailing address was available.

7.      As of June 25, 2026, 6,931 Postcard Notices have been returned by USPS. For the mailings returned without a forwarding address, Simpluris performed an advanced address search (i.e. skip trace) on these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Settlement Class Member's name and previous address to locate a more current address. Of the 6,931 returned Notices, 5,582 Notices were re-mailed to either a newfound address or with forwarding addresses provided by USPS, and 1,349 Notices were determined to be undeliverable because no updated address was available. Based on the forgoing, Simpluris has reason to believe that direct notice reached 96.61% of Settlement Class Members.

<u>**WEBSITE AND TELEPHONE NUMBER**</u>

8.      Simpluris prepared and maintains a Settlement website at www.LeeEnterprisesSettlement.com that includes important dates and deadlines, and Settlement-related documents, including the Consolidated Class Action Complaint, the Settlement Agreement, the Preliminary Approval Order, and a downloadable version of the Notice of Class Action Settlement and Claim Form. The website has been available to the public since February

SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.

23, 2026. As of June 25, 2026, the website has been visited by 7,290 unique visitors with 19,226 page views.

9.    A Settlement-specific toll-free telephone number was included in the notice and on the website for the purpose of allowing Settlement Class Members to make inquiries regarding the Settlement. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement administration. The toll-free telephone number included in the notice and on the website is 1-833-647-9093. This telephone number is active and has been available to the public since February 23, 2026. The Settlement-specific toll-free telephone number has received 40 phone calls between February 23, 2026, and June 25, 2026.

## CLAIM FORM SUBMISSIONS

10.    The deadline to submit a claim form was May 26, 2026. Settlement Class Members are able to submit a claim through the Settlement Website or by mailing a physical claim form to the Settlement Administrator. As of June 25, 2026, Simpluris has received 4,327 Claim Form submissions, which equates to a current claims rate of 10.88%.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

11.    The postmark deadline for Settlement Class Members to submit a request for exclusion from the proposed Settlement was April 24, 2026.

12.    As of the date of this Declaration, Simpluris has received three (3) requests for exclusion from the proposed Settlement. Attached hereto as **Exhibit A** is a true and correct copy of the exclusion list.

13.    The postmark deadline for Settlement Class Members to submit an objection to the proposed Settlement was April 24, 2026.

SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.

14. As of the date of this Declaration, Simpluris has received zero objections to the proposed Settlement from Settlement Class Members.

**ADMINISTRATION COSTS**

15. Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, will be $87,144.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 29th day of June, 2026 in Buena Vista, Colorado.

_Katy Liebhold_
KATY LIEBHOLD

SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.
Page 4 of 4

# EXHIBIT A

Exhibit E - Exclusion List

| Class Member ID | First Name | Last Name |
|---|---|---|
| 25194 | Wanda R | Herbert |
| 34665 | Frances | Duffy |
| 23502 | Walter Scott | Chancey |