**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| **SARAH FETES, ANTHONY BANGERT, DECLAN LAWSON, NICOLE CHURCH BRIAR NAPIER, and DOUGLAS ARP,** on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>**v.**<br><br>**LEE ENTERPRISES INCORPORATED,**<br><br>        Defendant. | Judge Stephanie M. Rose<br><br>Consolidated Action 3:25-cv-00067-SMR-SBJ |

**JOINT MOTION TO DESIGNATE CY PRES RECIPIENT FOR UNDISTRIBUTED FUNDS**

Plaintiffs SARAH FETES, ANTHONY BANGERT, DECLAN LAWSON, NICOLE CHURCH BRIAR NAPIER, and DOUGLAS ARP ("Plaintiffs") and LEE ENTERPRISES INCORPORATED ("Defendant") respectfully request the Court designate the United Way Quad Cities, a 501(c)(3) non-profit organization, as the Non-Profit Residual Recipient, or *cy pres* recipient, for any undistributed funds remaining in the Residual Settlement Fund after all Settlement Payments have been paid to Settlement Class Members.

As of the date of this filing, the Parties anticipate that additional funds will remain in the Residual Settlement Fund after deducting the Settlement Administrator's costs, the Attorneys' Fee and Expense Award, Service Payments to Representative Plaintiffs, and Settlement Payments claimed by Settlement Class Members. Additional funds may remain in the Residual Settlement Fund in the event that Settlement Class Members have not cashed any issued Settlement Payment

checks and, per Section 3.12 of the Settlement Agreement such funds should be distributed to the Non-Profit Residual Recipient more than 120 days after the distribution of Settlement payments to the Settlement Class Members.

Accordingly, as contemplated in Section 3.12 of the Settlement Agreement, the Parties now mutually agree and respectfully request that the Court designate United Way Quad Cities as the recipient of any undistributed or unclaimed funds following the distribution of Settlement Payments and the expiration of the time to cash Settlement Payment checks. A proposed order is submitted herewith.

Dated:  July 14, 2026

Counsel for Plaintiffs

/s/ J. Barton Goplerud
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
E: goplerud@sagwlaw.com
E: marty@sagwlaw.com

Leanna A. Loginov (*pro hac vice*)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
T: 305-479-2299
E: lloginov@shamisgentile.com

Gary M. Klinger (*pro hac vice*)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T: 866-252-0878
E: gklinger@milberg.com

Jeff Ostrow(*Pro Hac Vice forthcoming*)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301

T: 954.332.4200
E: ostrow@kolawyers.com

**COUNSEL FOR PLAINTIFFS AND
PUTATIVE CALSS**

/s/ Joshua McIntyre
Joshua J.McIntyreAT0011426
Jonathan L. McGehee, AT0015896
**LANE & WATERMAN LLP**
220 N. Main St., Suite 600
Davenport, IA 52801
T: 563-324-3246
E: jmcintyre@l-wlaw.com
E: jmcgehee@l-wlaw.com

Angelo Anthony Stio, III
Melissa A. Chuderewicz
**TROUTMAN PEPPER LOCKE LLP**
104 Carnegie Center, Suite 203
Princeton, NJ 08540
E: angelo.stio@troutman.com
E: melissa.chuderewicz@troutman.com

**COUNSEL FOR DEFENDANT LEE
ENTERPRISE INCORPORATED**