**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| **SARAH FETES, ANTHONY BANGERT, DECLAN LAWSON, NICOLE CHURCH BRIAR NAPIER, and DOUGLAS ARP,** on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>**v.**<br><br>**LEE ENTERPRISES INCORPORATED,**<br><br>        Defendant. | Judge Stephanie M. Rose<br><br>Consolidated Action 3:25-cv-00067-SMR-SBJ |

**[PROPOSED] ORDER ON JOINT MOTION TO DESIGNATE CY PRES**
**RECIPIENT FOR UNDISTRIBUTED FUNDS**

Upon consideration of the Motion to Joint Motion to Designate Cy Pres Recipient for Undistributed Funds (the "Motion"), and for good cause shown, it is hereby ORDERED that:

1.      The Motion is GRANTED.

2.      The Court designates United Way Quad Cities as the *cy pres* recipient for any undistributed funds remaining from the Residual Settlement Fund after deducting the Settlement Administrator's costs, the Attorneys' Fee and Expense Award, Service Payments to Representative Plaintiffs, and Settlement Payments claimed by Settlement Class Members.

Dated: _____

_____
HON. STEPHANIE M. ROSE